AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

|  |  |  |  |
|---|---|---|---|
| Christopher Gorman McKinney | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Civil Action No. | 4:23-cv-550-DCN |
| Kim McCricker, Lt. Archie and Capt. Lark | ) | | |
| *Defendant* | ) | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■  other: This case is dismissed with prejudice for failure to prosecute.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge who adopted the Report and
Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

ROBIN L. BLUME
*CLERK OF COURT*

Date:    January 25, 2024

s/Debbie Stokes
_____
*Signature of Clerk or Deputy Clerk*